```
                                                                    1


 1

 2    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF NEW YORK - CIVIL TERM
 3    ------------------------------------------X
      BARBARA STEWART,
 4
                                      Plaintiff,
 5              -against-

 6    WILLIAM STEWART,

 7                                    Defendant.
      ------------------------------------------X
 8    Index No. 350054/07          71 Thomas Street
      TRIAL                        New York, New York
 9                                 March 9, 2011

10          (Testimony of Barbara Stewart)

11    B E F O R E:

12          HONORABLE LOUIS CRESPO, JR., Special Referee

13

14    A P P E A R A N C E S:

15
         McLAUGHLIN & STERN, L.L.P.
16       Attorneys for the Plaintiff
         260 Madison Avenue
17       New York, New York 10016
              BY:  PETER C. ALKALAY, ESQ.
18                 ERIC WRUBEL, ESQ.

19
         PRYOR CASHMAN, L.L.P.
20       Attorneys for the Defendant
         7 Times Square
21       New York, New York 10036-6569
              BY:  DONALD LOCKHART SCHUCK, ESQ.
22                 LAUREN BATHGATE, ESQ.

23
                   VICKI K. GLOVER, CSR, RMR, CRR
24                 Official Court Reporter

25

26


                                                     vg
```

```
                                                                    11

 1                   Opening Statement - Mr. Alkalay
 2      decision that I believe both Judge Gesmer and Judge Evans
 3      have already made.
 4               Thank you very much.
 5               MR. ALKALAY:  May I make one brief statement in
 6      reply?
 7               THE REFEREE:  No.
 8               MR. ALKALAY:  Okay.
 9               THE REFEREE:  Opening statement is an opening
10      statement.  Not motion practice.
11               Your witness?
12               MR. ALKALAY:  Good morning.
13               MS. STEWART:  Do I have to take an oath?
14               THE REFEREE:  That's the reason why.
15               Your witness?
16               MR. ALKALAY:  My witness, I call Barbara Stewart
17      to the stand.
18    B A R B A R A   S T E W A R T,
19      called as a witness and having been first
20      duly sworn by the Special Referee, was
21      examined and testified as follows:
22               THE REFEREE:  State your name for the record,
23      ma'am.
24               THE WITNESS:  Barbara Stewart.
25               THE REFEREE:  And your address?
26               THE WITNESS:  418 East 59th Street.


                                vg
```

```
 1              B. Stewart - Plaintiff - Direct/Alkalay
 2      Q    And after this trip did you have an opportunity to
 3   revisit Vietnam?
 4      A    Oh, I went back regularly.
 5      Q    And what was the reason that you went back regularly?
 6      A    Following the opening of Vietnam to the West, because I
 7   fell in love with Vietnam, and in one of the trips a few times
 8   afterwards I was talking to the guys, the Ministry of Education
 9   and a couple of the guys and the Vice Prime Minister and all
10   that.  And I told them that I thought if they wanted to join the
11   international community, they had to speak English, because we
12   were always having conversations in French.  And I said, English
13   is the international language.  You have to speak English.  Let
14   me help you.
15              And they eventually -- we made an agreement that I
16   would rewrite an English curriculum from 6 to 12th grade and
17   then I would get the books printed and we would teach the
18   teachers and blah, blah, with the aim towards making English the
19   second language -- their second language.
20      Q    And with whom was this agreement made?
21      A    Minister of Education.
22      Q    And what did you next do in connection with creating
23   this English curriculum?
24      A    I worked with a couple of people in Hong Kong to get
25   the artwork done and everything, and a couple of the teachers in
26   the Ministry of Education.  We designed the lessons.  We made
```

89

1         B. Stewart - Plaintiff - Direct/Alkalay
2    teachers' guidebooks.  We made cassettes so that the kids could
3    hear it pronounced correctly.  And then I got on my knees and
4    begged the World Bank to print the textbooks.  When that was
5    done we made a television series, a cartoon television series
6    from our characters in the book.
7         Q    And that was shown in Vietnam?
8         A    Oh, yes, on television.
9         Q    Okay.
10        A    VTV.
11        Q    Now, in connection with these activities, did you set
12   up or get involved with any charitable entity?
13        A    Well, my first trip to Vietnam we went through Da Lat,
14   and there was a 15-year-old boy there who had stepped on
15   something sharp, got an infection in his foot and he was dying
16   of sepsis.  I felt this was a terrible, terrible thing.  And the
17   reason he was dying and couldn't be saved, no one had any
18   penicillin.  Something as easy as that.  And it really bothered
19   me.
20             And in my hanging around Hong Kong, I started to
21   think that Da Lat used to be a truck farming area and wouldn't
22   it be nice if we could get this truck farming industry going so
23   these people didn't have to die because they didn't have
24   penicillin or weren't starving to death and didn't have bloated
25   bellies from malnutrition, and I started a farm there in Da Lat.
26        Q    And when you say you started a farm in Da Lat, what

```
 1              B. Stewart - Plaintiff - Direct/Alkalay
 2  exactly did you do?
 3       A    I found a guy who was willing to go to Da Lat, try to
 4  rent property.  I knew the minister of agriculture, so I knew we
 5  could get a lease.  And tried to get -- to hire people and to
 6  get it started.
 7       Q    And was an entity created to take possession of this
 8  property?
 9       A    Yes.
10       Q    And what was the name of that?
11       A    It started out being called BioOrganics and then it
12  became Agravina.
13       Q    And, I'm sorry, the first name was Bio --
14       A    BioOrganics.
15       Q    And that was subsequently changed to Agravina?
16       A    As it started to grow then just the whole thing was
17  called Agravina.
18       Q    Does Agravina have any special meaning, by the way?
19       A    Vina is a common ending for words from Vietnam.  Agra
20  is agriculture.
21       Q    Now, you also mention -- we'll come back to this in a
22  moment.  You also mentioned activities that you had in
23  connection with education.
24       A    Um-hmm.
25       Q    Was there an entity or charitable foundation set up in
26  connection with that?
```

91

|   |   |
|---|---|
| 1 | B. Stewart - Plaintiff - Direct/Alkalay |
| 2 | A    Yes.  It was called the Business Alliance for |
| 3 | Vietnamese Education, BAVE. |
| 4 | Q    What did you have to do with that? |
| 5 | A    That was what was paying for the textbooks -- not for |
| 6 | the textbooks for all 80 million people, but I mean for the |
| 7 | basic core of textbooks that we put together. |
| 8 | Also, I went to the Ministry of Finance and I said |
| 9 | that, you know, good government starts with good training.  Give |
| 10 | me some of your young executives and I'll get them an education. |
| 11 | I put one guy through an MBA in the Kennedy School of Government |
| 12 | in Harvard, and another guy got an MBA in University of Chicago. |
| 13 | Q    These are Vietnamese nationals? |
| 14 | A    Yes.  They worked in the Ministry of Finance. |
| 15 | Q    And where did the funding for BAVE come from? |
| 16 | A    I had at one time 14 different corporations that were |
| 17 | contributing, and, of course, I was putting my own money in it. |
| 18 | I mean, international corporations like Boeing and Citibank and |
| 19 | Fed Ex, and things like that. |
| 20 | Q    And as far as you know, did any of the Trusts |
| 21 | contribute any money to BAVE? |
| 22 | A    Not really. |
| 23 | Q    Okay.  And -- |
| 24 | THE REFEREE:  Say that again?  I didn't hear your |
| 25 | last answer. |
| 26 | THE WITNESS:  Not really. |

```
                                                              92

 1              B. Stewart - Plaintiff - Direct/Alkalay
 2          THE REFEREE:  Okay.
 3      Q   Is BAVE still in existence?
 4      A   I had to close it down.  I don't have any money.
 5      Q   So, just so that we understand, for what period of time
 6   did BAVE exist, roughly?
 7      A   From 1991, to when I had to close it down in 2005 or
 8   '6.
 9      Q   Now, you talked about the creation of Agravina.
10      A   Um-hmm.
11      Q   So when it first started, how would you describe what
12   its function was and what it did?
13      A   We tried to grow organic vegetables and we grew corn
14   and broccoli.  We sold them to a supermarket chain in Singapore
15   called Cold Storage.  And then we eventually evolved into a
16   flower farm, not so much vegetables.
17      Q   When Agravina first was a startup, how was it funded?
18      A   With my money.
19      Q   And how were you channeling the money to Agravina?  Was
20   it in one lump sum or was it in bits and pieces?
21      A   No, it was in bits and pieces.
22      Q   Now, I believe you heard Mr. Schuck say during his
23   opening remarks that Mr. Stewart provided the seed money for
24   Agravina.  Is that true?
25      A   No, it's not.
26      Q   Now, do you recall over what period of time you were
```

```
                                                                    17
 1                       Mrs. Stewart - Plf. - direct
 2               THE SPECIAL REFEREE:  Thank you.
 3               (Received and marked Plaintiff's Exhibit 11 in
 4        evidence.)
 5        Q      So Mrs. Stewart, what is your understanding as to
 6   Topaze?
 7        A      Where do you want me to start?
 8        Q      Well, from the beginning.
 9        A      Bill told me to put my jewelry into, out of my
10   estate because he told me that if something happened to me,
11   at the time I was going through to a lot you third world
12   countries and war zones and stuff like that.  And he said if
13   something happened to me, the IRS would take fifty percent of
14   everything I had, and that I should take my jewelry and take
15   it out of my estate.  My initial reaction was that this was a
16   dumb idea and I didn't want to do it, but Bill pressured me
17   for about a year I guess, and said you really must, you
18   really must.  So, finally I said yes to keep peace, and Bill
19   drove me to John Igelehart's office in Geneva, we were
20   Mr. Switzerland, and John Igelehart said he would set up this
21   company.
22        Q      And is it your understanding that this, that Topeze
23   was organized and set up at the direction of Mr. Stewart?
24        A      Absolutely.
25        Q      And as far as you know, Topeze exists to this day?
26        A      Yes, I believe so.
```