FILED: NEW YORK COUNTY CLERK 07/28/2015 01:39 PM          INDEX NO. 151853/2015
NYSCEF DOC. NO. 26                                        RECEIVED NYSCEF: 07/28/2015

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MICHÈLE BOUMAN-STEWART

    Plaintiff,

v.

WILLIAM P. STEWART, III,

    Defendants.

*Index No.*: 151853/2015

**JUDGMENT**

    **The Motion for Summary Judgment Pursuant** to C.P.L.R. § 3213, brought by the by notice of motion dated Feb. 24, 2015, and plaintiff, Michèle Bouman-Stewart, having been duly served on the defendant William P. Stewart, III, against whom judgment is to be entered, and the court having granted summary judgment in favor of the plaintiff, Michèle Bouman-Stewart and against the defendant William P. Stewart, III, by the Decision/Order, signed by the Honorable Geoffrey D.S. Wright, J.S.C. dated June 1, 2015, and entered by the New York County Clerk's Office on June 3, 2015; the court having granted deft's order to show cause to vacate defendant's default and decided the issue on the merits

    **NOW**, on application of Meyner and Landis LLP, One Gateway Center, Suite 2500, Newark, New Jersey 07102, attorneys for the plaintiff, Michèle Bouman-Stewart, it is:

    **ADJUDGED**, that Plaintiff Michèle Bouman-Stewart having residence in Switzerland at 24 Chemin de la Cousse, 188 Villars sur Ollon, Switzerland, recover of Defendant William P.

1

Stewart, III, having residence located at 25 Greenbriar Lane, Greenwich, Connecticut 06831, the amount of One-Million, Two Hundred Seventy-Five Thousand, Eight Hundred Fifty-Eight Dollars and 71/100 ($1,275,858.71), pursuant to the Decision/Order by the Honorable Geoffrey D.S. Wright, J.S.C. issued on June 1, 2015 and entered by the New York County Clerk's Office on June 3, 2015, with statutory legal costs, and disbursements as taxed by the clerk through June 1, 2015 for purchasing an Index Number pursuant to C.P.L.R. § 8018(a) in the amount of $210.00, serving copies of Summons and Complaint pursuant to C.P.L.R. § 8301(d) in the amount of $172.46, filing a Request for Judicial Intervention pursuant to C.P.L.R. § 8301(b) in the amount of $95.00, and Translation of Foreign Judgment pursuant to C.P.L.R. § 8301(d) in the amount of $720.00, in the amount of $1,197.46, amounting in all to ~~One together, Two Hundred Seventy-Seven Thousand, Fifty-Six Dollars and 24/100 ($1,275,856.17)~~; plus interest at the statutory rate from June 1, 2015 through July 28, 2015 (the date of this Judgment) in the amount of $17,931.93 amounting in all to total of $1,294,988.10, with interest from July 28, 2015 (the date of this Judgment), and for each and every day thereafter, at the statutory rate permitted by law; and that plaintiff shall have execution therefor.

Enter:

SO ORDERED

GEOFFREY D. WRIGHT
AJSC

_____
CLERK

DO NOT POST
FILED
JUL 28 2015
COUNTY CLERK'S OFFICE
NEW YORK

FILED: NEW YORK COUNTY CLERK 06/15/2015 04:25 PM
NYSCEF DOC. NO. 23

INDEX NO. 151853/2015
RECEIVED NYSCEF: 06/15/2015

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| MICHÈLE BOUMAN-STEWART, | *Index No. 151853/2015* |
| Plaintiff, | **BILL OF COSTS** |
| v. | |
| WILLIAM P. STEWART, III, | |
| Defendant | |

**COSTS**

| | |
|---|---|
| Fee for Index Number (C.P.L.R. § 8018(a)) | $ 210.00 |
| Serving copies of Summons and Complaint (C.P.L.R. § 8301(d)) | $ 172.46 |
| Request for Judicial Intervention (C.P.L.R. § 8301(b)) | $ 95.00 |
| Translation of Foreign Judgment (C.P.L.R. § 8301(d)) | $ 720.00 |
| <u>Costs subtotal:</u> | $ 1,197.46 |

I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$ 1,197.46
*pursuant to the judgment of J. Wright
filed 7/21/15*   JUL 28 2015

[signature]

**CLERK**

## ATTORNEY'S AFFIRMATION

The undersigned, an attorney at law of the State of New York, a partner with Meyner and Landis LLP, attorneys of record for the plaintiff, states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred and are reasonable in amount; that the plaintiff moved for summary judgment in lieu of complaint and the defendant, William P. Stewart, III, filed an Order to Show Cause in opposition to the plaintiff's motion.

The action upon which the judgment is based is in recognition of a Swiss judgment pursuant to C.P.L.R. § 5301 against a natural person based upon a Swiss divorce action in which the defendant made a personal appearance. C.P.L.R. § 3213 has been complied with, as this action was based upon domestication of a foreign county judgment pursuant to C.P.L.R. § 5301 et seq., and upon the reading and filing of the Notice of Motion for Summary Judgment in lieu of Complaint of the plaintiff, Michèle Bouman-Stewart, dated February 24, 2015, the supporting affidavit of Michèle Bouman-Stewart, sworn to February 12, 2015, and apostilled on February 13, 2015, and the exhibits annexed thereto, the Affidavit of Marcel Heider, Me, sworn to February 12, 2015, and apostilled on February 13, 2015, and the exhibits annexed thereto, the Brief in Support of Motion for Summary Judgment Pursuant to C.P.L.R. § 3213, dated February 24, 2015, and the defendant William P. Stewart, III filing a Proposed Order to Show Proposed Order to Show Cause with Temporary Restraining Order, the supporting William P. Stewart, III, Affidavit in Support of Order to Show Cause with Temporary Restraining Order and the exhibits annexed thereto, the Memorandum of Law in Support of Defendant's Order to Show Cause, the Affirmation of David B. Grantz, Esq. in Opposition to Order to Show Cause with Restraining Order, the Affidavit of Marcel Heider, Me. in Opposition to Order to Show Cause with Temporary Restraining Order, the Affidavit of Michele Bouman-Stewart in Opposition to Order to Show Cause with Temporary Restraining Order, and the Brief in Opposition to Order to Show Cause with Temporary Restraining Order; and due deliberation having been had by the Honorable Geoffrey D.S. Wright, J.S.C.; and upon the Honorable Geoffrey D.S. Wright, J.S.C.'s issuance of the Decision/Order, dated June 1, 2015, and entered by the New York County Clerk's Office on June 3, 2015, granting Plaintiff Michèle Bouman-Stewart's Motion for Summary Judgment in lieu of Complaint to enforce an award made in a Swiss Court against Defendant William P. Stewart, III.

The undersigned affirms this statement to be true under the penalty of perjury.

Dated: June 15, 2015

_____
David B. Grantz

FILED
JUL 28 2015
COUNTY CLERK'S OFFICE
NEW YORK

2

THIS IS AN E-FILED CASE.
ALL DOCUMENTS MUST
BE FILED ELECTRONICALLY.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 151853/2015

Michèle Bowman-Stewart

Plaintiff,

-against-

William P. Stewart, III

Defendants.

JUDGMENT

Meyner And Landis, LLP
Attorneys For Plaintiff
Michèle Bowman-Stewart
One Gateway Center
Suite 2500
Newark, New Jersey

New York Address
Lustrin Executive Office Complex
The Mullin Nyack
15 North Mill Street, Nyack, NY 10960

1-1
FILED AND DOCKETED
JUL 28 2015
AT 1:36 PM
N.Y. CO. CLK'S OFFICE