**MEYNER AND LANDIS LLP**

ATTORNEYS AT LAW
ONE GATEWAY CENTER
SUITE 2500
NEWARK, NEW JERSEY 07102
WWW.MEYNER.COM

REPLY TO:
CATHERINE PASTRIKOS KELLY, ESQ.
DIRECT DIAL: (973) 602-3423
CKELLY@MEYNER.COM

NEW YORK:
100 PARK AVENUE
16TH FLOOR
NEW YORK, NEW YORK 10017

February 5, 2020

**VIA ECF**
Hon. Naomi Reice Buchwald
United States Courthouse, Courtroom 21A
500 Pearl St.
New York, New York 10007-1312

    *Re:*   ***Stewart v. Stewart, Case No. 1:19-cv-05960-NRB***

Dear Judge Buchwald:

  We represent Michele Stewart ("**Defendant**") in the above matter. We write a joint letter on behalf of all parties seeking an extension of a deadline included in the Court's Order, dated January 30, 2020 (the "**Order**"). In the Order, the Court stated that by February 6, 2020, the parties must:

> separately file letters setting forth a numbered list of any discovery issues that remain unresolved after the parties have "in good faith conferred or attempted to confer with the person or party failing to make disclosure of discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1)[.]

  The parties have talked and made progress on their discovery disputes and have narrowed the relevant discovery issues. The parties plan to further discuss the discovery issues tomorrow and, to the extent necessary, on Monday to narrow them even further. Accordingly, the parties respectfully request that the Court extend the deadline in the Order to file letters setting forth the parties' discovery issues from February 6, 2020 to Tuesday, February 11, 2020.

*[Handwritten annotation: "Application granted. Naomi Reice Buchwald, USDJ  2/6/20"]*

  We thank the Court for its consideration.

Respectfully submitted,
**MEYNER AND LANDIS LLP**

*Catherine Pastrikos Kelly*

Catherine Pastrikos Kelly (CP3300)

cc:   Plaintiff's counsel (*via ECF*)