```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Barbara Stewart,

                Plaintiff,

        - against -
                                            19 Civ. 5960 (NRB)
Michele Stewart,
                                            **NOTICE OF CONFERENCE**
                Defendant.
---------------------------------------X
Michele Stewart,

                Counterclaim Plaintiff,

        - against -

Barbara Stewart,

                Counterclaim Defendant.
---------------------------------------X
```
**NAOMI REICE BUCHWALD, District Judge:**

Having reviewed the parties' various letters concerning, *inter alia*, the outstanding discovery disputes in this action, see ECF Nos. 47-55, the Court has determined that an in-person conference is necessary. Accordingly, the parties are directed to appear on April 1, 2020 at 2:45 p.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A. The parties are instructed to come prepared to fully discuss all aspects of the litigation.

Dated:   New York, New York
         February 25, 2020

                                        *[signature]*
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

1