M. Bouman Document Production Privilege Log 10.21.19

| No. | Date | Doc Type | Author | Recipient | CC | BCC | Privilege Description | Privilege Assertion |
|---|---|---|---|---|---|---|---|---|
| Bouman0134 | 10/28/2019 | Email string | Michele Stewart<vbouman@hotmail.com> | John Perso Iglehart<j.iglehart@bluewin.ch> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman084-085 | 1/12/2006 | Fax Correspondence | John Iglehart | Michele Stewart | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | |
| Bouman0195 | 4/30/2014 | Email string | Michele Stewart<vbouman@hotmail.com> | Marcel Heider<heider.marcel@bluewin.ch> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman0200 | 5/27/2010 | Fax Correspondence | Sandrine Fabre | Madame Michele Stewat | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman0210 | 4/7/2016 | Email string | Michele Stewart<vbouman@hotmail.com> | John Perso Iglehart<j.iglehart@bluewin.ch> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman0211 | 4/1/2010 | Email string | John Perso Iglehart<j.iglehart@bluewin.ch> | Michele Stewart<vbouman@hotmail.com> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman0212 | 10/30/2013 | Email string | Michele Stewart<vbouman@hotmail.com> | John Perso Iglehart<j.iglehart@bluewin.ch> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |

Plaintiff 441 Productions Group, LLC Privilege Log, dated September 20, 2019

| No. | Date | Doc Type | Author | Recipient | CC | BCC | Privilege Description | Privilege Assertion |
|---|---|---|---|---|---|---|---|---|
| Bouman0213 | 11/12/2009 | email string | Michele Stewart<vbouman@hotmail.co m> | John Perso Iglehart<j.iglehart@bluewin.c h> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman0214 | 12/23/2009 | Email string | Michele Stewart<vbouman@hotmail.com > | John Perso Iglehart<j.iglehart@bluewin.ch> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman0215 | 12/23/2009 | Email string | Michele Stewart<vbouman@hotmail.com > | John Perso Iglehart<j.iglehart@bluewin.ch> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman0217 | 8/26/2015 | Email string | Michele Stewart<vbouman@hotmail.com > | John Perso Iglehart<j.iglehart@bluewin.ch> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |
| Bouman0218 | 9/3/2015 | Email string | Michele Stewart<vbouman@hotmail.com > | John Perso Iglehart<j.iglehart@bluewin.ch> | | | Confidential communication between Defendant Michele Bouman and her attorney John Iglehart's office | Attorney Client Privilege |