```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BARBARA STEWART,

                Plaintiff,

     - against -
                                              MEMORANDUM AND ORDER
MICHELE STEWART,                               19 Civ. 5960 (NRB)


                Defendant.
----------------------------------------X
MICHELE STEWART,

                Counterclaim Plaintiff,

     - against -

BARBARA STEWART,

                Counterclaim Defendant.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This order addresses the parties' joint letter of September 15, 2020, ECF No. 83 ("Letter"), in which the parties set forth competing lists of search terms to be used in connection with plaintiff's additional document reviews and productions ("Search Terms").

Having reviewed the Letter, the Court concludes that the Search Terms proposed by defendant (the so-called "Additional Terms") are both reasonable and not unduly burdensome. The Additional Terms seek to identify documents that are squarely relevant to the case, which concerns the ownership of jewelry that

1

the parties may reasonably have described by reference to type, gemstone, or abbreviation. The terms also are designed to capture documents reflecting communications about insurance, which may prove essential to identifying the jewelry at issue.

Accordingly, plaintiff shall run both the terms about which the parties agree (the "Agreed Upon Terms") and the Additional Terms through each of plaintiff's email accounts, including but not limited to bstewart2@hotmail.com and KIML100239@gmail.com, and other hard copy and electronic documents, including text messages, in plaintiff's possession, custody, and control. Plaintiff shall produce the responsive documents resulting from the search within three weeks.

Furthermore, the Court rejects the suggestion that defendant should be asked to pay for plaintiff's discovery, particularly where plaintiff initiated this lawsuit, and where the Additional Terms are in any event eminently reasonable.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 83.

**SO ORDERED.**

Dated:   New York, New York
         September 21, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE