```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
BARBARA STEWART,

                Plaintiff,

        - against -                            O R D E R

MICHELE STEWART,                            19 Civ. 5960 (NRB)

                Defendant.
---------------------------------------X
MICHELE STEWART,

                Counterclaim Plaintiff,

        - against -

BARBARA STEWART,

                Counterclaim Defendant.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on February 6, 2020, Michele Stewart ("defendant") withheld certain documents ("Documents") reflected in her First Amended Privilege Log asserting attorney-client privilege;

**WHEREAS** on April 1, 2020, the Court directed that defendant submit the Documents for in camera review;

**WHEREAS** on August 11, 2020, defendant submitted to the Court for in camera review the Documents;

**WHEREAS** on September 11, 2020, the Court held an ex parte conference with defendant to clarify the Court's understanding of the context underlying the Documents, and having found that neither

1

Bouman 0214 nor Bouman 0215 contain legal advice, and because Bouman 0214 was intended for transmission to a third party; it is hereby

**ORDERED** that defendant shall produce Bouman 0214 and Bouman 0215 forthwith.

**SO ORDERED.**

Dated:   New York, New York
         September 21, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE