```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BARBARA STEWART,

              Plaintiff,

      - against -                                    O R D E R

MICHELE STEWART,                                 19 Civ. 5960 (NRB)

              Defendant.
----------------------------------------X
MICHELE STEWART,

              Counterclaim Plaintiff,

      - against -

BARBARA STEWART,

              Counterclaim Defendant.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Clerk of Court is directed to strike ECF No. 98 from the docket as it was filed in violation of this Court's Individual Practice 2(B).

**So ordered.**

Dated:   New York, New York
         June 16, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

1