

July 6, 2021

**VIA ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007-1312

        Re:    **Stewart v. Stewart**
                   **Case No. 19-cv-05960**

Dear Judge Buchwald:

      This letter serves to notify the Court of plaintiff's compliance with this Court June 25th Order in the above matter providing plaintiff's consent to Mr. Iglehart to release the files on Topaze/DGBF. Attached herein at Exhibit A is the e-mail sent to Mr. Iglehart on July 2nd. To date, there has been no response from Mr. Iglehart.

      Plaintiff continues to await defendant's compliance with the aforesaid Order to the extent defendant was ordered to provide clarification of the steps it took to locate documents in her divorce file reflecting ownership of jewelry.

      Thank you for your attention to this matter.

                                          Very truly yours,

                                          David P. Marcus

DPM:cac
Enclosure
cc:    Catherine Pastrikos Kelly, Esq. *(via ECF)*

## Cally Couturier

| | |
|---|---|
| **From:** | David Marcus |
| **Sent:** | Friday, July 2, 2021 11:23 AM |
| **To:** | John Iglehart |
| **Cc:** | David B. Grantz; Javier M. Lopez; Edward P. Yankelunas (eyankelunas@hoganwillig.com); Catherine P. Kelly |
| **Subject:** | RE: Stewart v. Stewart, 1:19-cv-5960-NRB, in the United States District Court for the Southern District of New York: RESEND |
| **Attachments:** | Consent for Iglehart.pdf |

Mr. Iglehart:

This office represents Barbara Stewart in the lawsuit captioned on the attached consent form. Barbara Stewart joins in the request for you to disclose simultaneously to counsel for both parties in this lawsuit all documents in your custody, control or possession relating to ownership of the Topaze and DGBF entities, as detailed in the Court Order and attached consent from Barbara Stewart. All counsel on this matter are copied on this e-mail herein.

It is our understanding that you have withheld these documents based on the claim that your prior representation of members of the Stewart family and Ms. Bouman create a conflict preventing you from disclosing these documents. Although we disagree with that conclusion, the attached consent from Ms. Stewart, and the consent from Ms. Bouman resolve that issue. If it is your position that your Bar Association still prevents release of these documents, we ask that you provide a copy of the Bar Association opinion in that regard.

Thank you for your attention to this matter and your anticipated prompt response.

Regards,

David P. Marcus, Esq.
Partner
Marcus & Cinelli, LLP
8416 Main Street
Williamsville, New York 14221
dmarcus@marcuscinelli.com
Phone: (716) 565-3800
Fax: (716) 565-3801

This message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of its intended recipient and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify us immediately by email, discard any paper copies and delete all electronic files of the message. If you are not sure as to whether you are the intended recipient, please respond to the above e-mail address.

In accordance with Internal Revenue Service Circular 230, any federal tax advice expressed in this communication or any attachment was neither written nor intended by the sender of this firm to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law.

**From:** Catherine P. Kelly <ckelly@Meyner.com>
**Sent:** Thursday, July 1, 2021 4:20 PM
**To:** John Iglehart <john.iglehart@mi-lex.ch>
**Cc:** David B. Grantz <dgrantz@Meyner.com>; Javier M. Lopez <jlopez@Meyner.com>; David Marcus <dmarcus@marcuscinelli.com>; Edward P. Yankelunas (eyankelunas@hoganwillig.com) <eyankelunas@hoganwillig.com>
**Subject:** Stewart v. Stewart, 1:19-cv-5960-NRB, in the United States District Court for the Southern District of New York

Mr. Iglehart,

As you know, we represent Defendant Michele Bouman in the above matter (the "Action"). Copied on this email is David Marcus, counsel for Plaintiff Barbara Stewart.

On June 25, 2021, the Court in the Action issued an Order, attached, directing both Michele Bouman and Barbara Stewart to provide you with a consent for you to release any and all documents in your possession, custody and control regarding the ownership of Topaze/DGBF and the jewelry at issue in the Action. Alternatively, if you no longer have such documents, the consent to be provided by both parties allows you to provide an affidavit that you destroyed such documents. Attached is the Consent from Michele Bouman.

Please feel free to contact me if you have any questions.

Thank you,
Catherine

CATHERINE PASTRIKOS KELLY, ESQ. | PARTNER | MEYNER AND LANDIS LLP | ONE GATEWAY CENTER, SUITE 2500 | NEWARK, NEW JERSEY 07102
DIRECT 973.602.3423 | FAX 973.624.0356 | BIO | WEBSITE



This message contains privileged and confidential attorney work product that is intended only for the use of the addressee. Reproduction or dissemination of this message by anyone other than the addressee is strictly prohibited. If you believe you have received this communication in error, please notify the sender immediately by telephone (973.602.3423) or e-mail and delete all copies of this message and any attachments. The dissemination of this email in no way creates any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the law firm of Meyner and Landis LLP, its employees, agents, or any other person.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BARBARA STEWART,
                    Plaintiff,
- against -

MICHELE STEWART,                              19 Civ. 5960 (NRB)

                    Defendant.
------------------------------------------X
MICHELE STEWART,

                    Counterclaim Plaintiff,

    - against -


BARBARA STEWART,
                    Counterclaim Defendant.


------------------------------------------X
```

### CONSENT FOR JOHN IGLEHART RELEASE OF DOCUMENTS

I, Barbara Stewart, hereby consent to the unrestricted release by John Iglehart to all parties in the above captioned matter of any and all documents in John Iglehart's possession, custody, and control regarding the ownership and/or transfer of Topaze/DGBF and the jewelry at issue, or, if he no longer has any such documents, providing an affidavit that he destroyed such documents.

*Barbara Stewart*        6/29/21

Barbara Stewart        Date