EDWARD P. YANKELUNAS
SPECIAL COUNSEL

DIRECT LINE: 716.932.6587
DIRECT FAX: 716.932.6687
EYANKELUNAS@HOGANWILLIG.COM



# HOGANWILLIG
## ATTORNEYS AT LAW

MAIN OFFICE:
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
PHONE: 716.636.7600 | TOLL FREE: 800.636.5255 | FAX: 716.636.7606

WWW.HOGANWILLIG.COM
SERVICE BY FAX AND EMAIL NOT ACCEPTED

ADDITIONAL OFFICES:
155 SUMMER STREET
BUFFALO, NY 14222

6133 ROUTE 219 S
SUITE 1005
ELLICOTTVILLE, NY 14731

43 CENTRAL AVENUE
LANCASTER, NY 14086

770 DAVISON ROAD
LOCKPORT, NY 14094

July 28, 2021

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007-1312

    *Re:*    ***Stewart v. Stewart***
             ***Case No. 1:19-cv-05960-NRB***

Dear Judge Buchwald:

      On July 16, 2021, this Court denied Plaintiff's application for an extension of time to complete depositions of the parties, pursuant to this Court's Memorandum and Order dated April 26, 2021 (Doc. 95). Plaintiff proposed that such time to complete depositions be extended from August 25, 2021 until mid-September (Doc. 106). Plaintiff respectfully requests that this Court reconsider such extension based upon Plaintiff's inability to participate in depositions at this time. Plaintiff has serious medical issues which should be brought to the Court's attention for consideration. As such, Plaintiff cannot travel without serious risk to her health. Plaintiff does not foresee that this issue will be resolved on or before August 25, 2021.

      Further, Plaintiff's attorneys respectfully request that this Court schedule a conference, at which time we may explain in further detail the extent of Plaintiff's medical issues that currently impede her from complying with this Court's Memorandum and Order.

      Thank you for your consideration of this matter.

                                            Sincerely,

                                            Edward P. Yankelunas

EPY/kms

PERSONAL INJURY & MALPRACTICE | MATRIMONIAL & FAMILY LAW | LITIGATION | CORPORATE & BUSINESS LAW | CRIMINAL DEFENSE | REAL ESTATE LAW
ESTATE PLANNING, WILLS & TRUSTS | ESTATES | ELDER LAW | GUARDIANSHIPS | BANKRUPTCY & DEBT RELIEF | VEHICLE & TRAFFIC LAW | SOCIAL SECURITY DISABILITY

{H3083580.1}

2

CC: David P. Marcus, Esq. *(via ECF)*
Catherine Pastrikos Kelly, Esq. *(via ECF)*
David B. Grantz, Esq. *(via ECF)*
Javier M. Lopez, Esq. *(via ECF)*