

EDWARD P. YANKELUNAS
SPECIAL COUNSEL

DIRECT LINE: 716.932.6587
DIRECT FAX: 716.932.6687
EYANKELUNAS@HOGANWILLIG.COM

**HOGANWILLIG**
ATTORNEYS AT LAW

MAIN OFFICE:
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
PHONE: 716.636.7600 | TOLL FREE: 800.636.5255 | FAX: 716.636.7606

WWW.HOGANWILLIG.COM
SERVICE BY FAX AND EMAIL NOT ACCEPTED

ADDITIONAL OFFICES:
155 SUMMER STREET
BUFFALO, NY 14222

6133 ROUTE 219 S
SUITE 1005
ELLICOTTVILLE, NY 14731

43 CENTRAL AVENUE
LANCASTER, NY 14086

770 DAVISON ROAD
LOCKPORT, NY 14094

August 11, 2021

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007-1312

      Re:    *Stewart v. Stewart*
             *Case No. 1:19-cv-05960-NRB*

Dear Judge Buchwald:

      This letter constitutes the Plaintiff's report to the Court with respect to settlement. Nate McMurray of this office was planning to write this report. However, Mr. McMurray had a death in his family late yesterday and he is presently unavailable.

      In accordance with the discussion during the telephone conference with the Court last Wednesday, the following day the Plaintiff provided a settlement proposal to the Defendant's attorneys which is very similar to the initial settlement proposal presented by the Defendant in January, 2021 and later withdrawn. In that connection, to settle the case Plaintiff proposed to accept the jewelry set forth on the list the Defendant offered in January and add a monetary component to account for a particular piece of jewelry (a bracelet) which was sold by the Defendant.

      We did not receive the Defendant's response to the aforementioned settlement proposal until after the close of business yesterday. Therefore, we have not had an opportunity to fully evaluate the response or further communicate with the Defendant's counsel concerning settlement.

      Based on the commentary set forth in the referenced response of Defendant's counsel received yesterday, we expect the claim to be made that Mrs. Stewart has no interest in settling this case and is not negotiating in good faith. In fact, our client is very interested in settlement and starting discussions close to the Defendant's original settlement proposal certainly seems

PERSONAL INJURY & MALPRACTICE | MATRIMONIAL & FAMILY LAW | LITIGATION | CORPORATE & BUSINESS LAW | CRIMINAL DEFENSE | REAL ESTATE LAW
ESTATE PLANNING, WILLS & TRUSTS | ESTATES | ELDER LAW | GUARDIANSHIPS | BANKRUPTCY & DEBT RELIEF | VEHICLE & TRAFFIC LAW | SOCIAL SECURITY DISABILITY

{H3100538.1}

reasonable. Perhaps a settlement conference with Your Honor or a Court-appointed mediator would be useful.

Thank you for your consideration.

Respectfully yours,

Edward P. Yankelunas

EPY/kms

CC: David P. Marcus, Esq. *(via ECF)*
Nate McMurray, Esq. *(via ECF)*
Catherine Pastrikos Kelly, Esq. *(via ECF)*
David B. Grantz, Esq. *(via ECF)*
Javier M. Lopez, Esq. *(via ECF)*