

EDWARD P. YANKELUNAS
SPECIAL COUNSEL

DIRECT LINE: 716.932.6587
DIRECT FAX: 716.932.6687
EYANKELUNAS@HOGANWILLIG.COM

**HOGANWILLIG**
ATTORNEYS AT LAW

MAIN OFFICE:
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
PHONE: 716.636.7600 | TOLL FREE: 800.636.5255 | FAX: 716.636.7606

WWW.HOGANWILLIG.COM
SERVICE BY FAX AND EMAIL NOT ACCEPTED

ADDITIONAL OFFICES:
155 SUMMER STREET
BUFFALO, NY 14222

6133 ROUTE 219 S
SUITE 1005
ELLICOTTVILLE, NY 14731

43 CENTRAL AVENUE
LANCASTER, NY 14086

770 DAVISON ROAD
LOCKPORT, NY 14094

August 19, 2021

**VIA ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007-1312

    Re:    *Stewart v. Stewart*
             Case No. 1:19-cv-05960-NRB

Dear Judge Buchwald:

    This is to advise the Court that the Plaintiff agrees with and joins in the Defendant's request to formally extend the deadline to complete depositions by thirty (30) days to September 24, 2021. We anticipate that in the near-term depositions will be deferred while the parties discuss settlement.

    Thank you for your consideration.

                                Respectfully yours,

                                Edward P. Yankelunas

EPY/kms

CC:    David P. Marcus, Esq. *(via ECF)*
         Catherine Pastrikos Kelly, Esq. *(via ECF)*
         David B. Grantz, Esq. *(via ECF)*
         Javier M. Lopez, Esq. *(via ECF)*

PERSONAL INJURY & MALPRACTICE | MATRIMONIAL & FAMILY LAW | LITIGATION | CORPORATE & BUSINESS LAW | CRIMINAL DEFENSE | REAL ESTATE LAW
ESTATE PLANNING, WILLS & TRUSTS | ESTATES | ELDER LAW | GUARDIANSHIPS | BANKRUPTCY & DEBT RELIEF | VEHICLE & TRAFFIC LAW | SOCIAL SECURITY DISABILITY

{H3083580.1}