**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                                    (212) 805-0194
UNITED STATES DISTRICT JUDGE

August 24, 2021

Catherine Pastrikos Kelly
Meyner and Landis, LLP
One Gateway Center, Ste. 2500
Newark, NJ 07102

David P. Marcus
Marcus & Cinelli, LLP
8416 Main Street
Williamsville, NY 14221

**Re: Barbara Stewart v. Michele Stewart**
**19 Civ. 5960 (NRB)**

Dear Counsel:

The Court has reviewed the parties' letters of August 16, 2021, August 20, 2021, and August 23, 2021.  ECF Nos. 118, 121, 123.  Having done so, I have concluded that a motion for contempt would not be a productive use of the parties' or the Court's time.  Accordingly, the application to file a motion for contempt is denied.

Very truly yours,

Naomi Reice Buchwald
United States District Judge