```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Barbara Stewart,

            Plaintiff,

     - against -                                   O R D E R

Michele Stewart,                                19 Civ. 5960 (NRB)

            Defendant.
----------------------------------------X
Michele Stewart,

            Counterclaim Plaintiff,

     - against -

Barbara Stewart,

            Counterclaim Defendant.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have settled this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         October 8, 2021

                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE